ORIGINAL

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2005 MAY 17 AM 8: 07

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

ROBERT P. AMOS, ET AL

VS.                        CV201-91

GLYNN COUNTY BOARD OF TAX ASSESSORS,
ET AL

### ORDER

The Judgment of this Court in the above entitled action having been affirmed by the U. S. Court of Appeals;

**IT IS HEREBY ORDERED** that the Judgment of the Eleventh Circuit, U.S. Court of Appeals, is made the judgment of this Court.

**SO ORDERED**, this 17th day of May, 2005.

_____
Judge, United States District Court
Southern District of Georgia

# United States District Court
## *Southern District of Georgia*

ATTORNEYS SERVED:

D.W. ALEXANDER
F.C. BEDINGER III
J.A. BISHOP JR.
J.A. BISHOP
G. TODD CARTER
M. L. FREY III
E. HIGHSMITH
A. M. MILLER
W.G. MOORE
A.W. MUMFORD
T.L. READDICK
H.C. WRIGHT

CASE NO: CV 201-091
DATE SERVED: 05/17/05
SERVED BY: J. HOWELL

☐ Copy placed in Minutes
☑ Copy given to Judge
☐ Copy given to Magistrate